## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

William Jeffrey Hester,       )
                                      )
       Plaintiff,          )
                                      )    Civil Action No. 5:12-3482-RMG
vs.                             )
                                      )
Carolyn W. Colvin, Acting    )
Commissioner of Social Security,   )    **ORDER**
                                      )
       Defendant.      )
                                      )
                                      )

       This matter comes before the Court following notice by the Defendant (Dkt. No. 23) that she does not object to the Report and Recommendation ("R & R") of the Magistrate Judge (Dkt. No. 20) recommending that the Commissioner's decision in this matter be reversed and remanded because of the failure of the Administrative Law Judge to comply with the provisions of the Treating Physician Rule, 20 C.F.R. § 404.1527, in an order denying Plaintiff disability benefits under the Social Security Act.  In light of the Commissioner's decision to file no objections to the R & R, the Court, after a review of the R & R and the record in this matter, **ADOPTS** the R & R as the order of the Court, **REVERSES** the prior decision of the Commissioner denying Plaintiff Social Security disability benefits pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further action consistent with this order.

-2-

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

Charleston, South Carolina
November 7, 2013

-2-