IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| William Jeffery Hester, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 5:12-cv-03482 |
| | ) |
| Carolyn W. Colvin, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the joint stipulation for an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412. Plaintiff seeks an award of attorney's fees in the amount of $4,812.50. The parties agreed to a compromise settlement in which Defendant agrees to pay Plaintiff attorney's fees pursuant to the EAJA. The Court has reviewed the Stipulation and finds the compromise settlement reasonable.

IT IS ORDERED that the joint stipulation for attorney's fees in the sum of $4,812.50 pursuant to the EAJA be granted.

In *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). This Court, therefore, Orders the EAJA fees to be paid to Plaintiff.

_____
Richard M. Gergel
United States District Judge

November 15, 2013,
Charleston, South Carolina